**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ANTWAN MITCHELL** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 25-6521** |
| | : | |
| **MAJOR MOORE** | : | |

## ORDER

**AND NOW**, this 16th day of April 2026, upon considering Warden Steven Angelucci's Motion to dismiss (ECF 20) the incarcerated Plaintiff's pro se amended Complaint (ECF 17), noting the incarcerated Plaintiff did not respond to the Motion (ECF 20), and for good cause after independent study of the amended allegations as detailed in today's accompanying Memorandum, it is **ORDERED** we:

1.     **GRANT** the Warden's Motion to dismiss (ECF 20) with prejudice as to claims against him as the incarcerated Plaintiff cannot plead the Warden's personal involvement in an alleged constitutional violation by Major Moore;

2.     **AMEND** the caption as above to reflect Plaintiff's ability to proceed with claims involving Major Moore after disclosure and service of summons; and,

3.     **COMPEL** Defendants' Attorney Jackal, consistent with our February 27, 2026 Order (ECF 18) and mindful of Plaintiff's sworn efforts to identify Major Moore (ECF 19), to file a Notice not exceeding one page no later than **April 23, 2026** either: accepting service for Major Moore; or, identifying the full name of Major Moore as an agent of the Facility so as to allow us to Order U.S. Marshal service of summons without prejudice to our review of the merits of Plaintiff's due process and excessive fine claims against Major Moore after service.

_____
**KEARNEY, J.**